

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-20-00409-CV

**CITY OF DEL RIO**,
Appellant

v.

Henry **ARREDONDO**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0073-CIV
Honorable Robert Cadena, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file its brief is GRANTED. Appellant's brief is due on or before **October 26, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court